IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RANDAL WISSING, ) | |
| ) | Case No. 8:11CV15 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| LOUISVILLE LADDER, INC., ) | |
| ) | |
| Defendant. ) | |

Defendant Louisville Ladder Inc.'s and Plaintiff Randal Wissing's ("Wissing") joint motion (#18) to join Walgreen Co. ("Walgreens") as a party Plaintiff in this action pursuant to Federal Rule of Civil Procedure 15(a)(2) and for Wissing to amend his Complaint is granted.  Defendant is given 10 days to answer or otherwise respond to the Amended Complaint.

**IT IS SO ORDERED.**

Dated this 28th day of March 2011.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge