# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RANDAL WISSING, and WALGREEN, Co.,** | ) ) ) | |
| Plaintiffs, | ) ) | 8:11CV15 |
| V. | ) ) | |
| **LOUISVILLE LADDER, INC.,** | ) ) | JUDGMENT |
| Defendant. | ) ) | |

    Pursuant to the parties' stipulation of dismissal with prejudice (filing 51) and Fed. R. Civ. P. 41,

    **IT IS ORDERED** that the above-captioned case is dismissed with prejudice, with each party to pay its own attorneys' fees and costs.

    **DATED August 9, 2011.**

                                             **BY THE COURT:**

                                             **S/ F.A. Gossett**
                                             **United States Magistrate Judge**